**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIE LEE WHITE,

                 Plaintiff,

v.

CHAPLAIN,

                 Defendant.

Case No.: 2:25-cv-02479-JAD-NJK

**Order Granting Extension**

On December 23, 2025, this Court ordered Plaintiff Willie White to either pay the full $405 filing fee for this civil action or file a new and complete application to proceed *in forma pauperis* by February 23, 2026. Docket No. 3. That deadline expired without Plaintiff's compliance, though he filed documents that might pertain to his underlying claims. Docket No. 4. Bearing that filing in mind, the Court considers alternatives to dismissal and finds that good cause exists to provide Plaintiff a final opportunity to either pay the filing fee or apply for *in forma pauperis* status.

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **April 9, 2026**, Plaintiff must either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

/ / /

/ / /

1

The Clerk of the Court is **INSTRUCTED** to resend Plaintiff Willie White the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED: March 10, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2