UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIE LEE WHITE,

Plaintiff,

v.

CHAPLAIN,

Defendant.

Case No.: 2:25-cv-02479-JAD-NJK

**Change of Address Order**

According to the Clark County Detention Center database, it appears that Plaintiff is no longer detained. Plaintiff, however, has not filed an updated address with the Court. A "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. The Court grants Plaintiff until **October 26, 2026**, to file his updated address. If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.

Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners, Docket No. 6, as moot because Plaintiff is no longer detained. The Court orders Plaintiff to either file an application to proceed *in forma pauperis* by a non-prisoner by **October 26, 2026**, or pay the full filing fee of $405.

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff must file an updated address no later than **October 26, 2026**.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* is **DENIED** as moot. Docket No. 6.

IT IS FURTHER ORDERED that, no later than **October 26, 2026**, Plaintiff must either: (1) file a

fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of the Court is INSTRUCTED to send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner with instructions.

IT IS SO ORDERED.

DATED: September 25, 2026

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE